# The Law Offices of Steven E. Lynch

125 Maiden Lane, Suite 5C
New York, New York 10038
Telephone: (212) 498-9494
Fax: (212) 498-9320
steven@stevenelynch.com

February 24, 2022

**BY ECF**
Hon. Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     Bail Modification – *United States v. Brown, et al.*, 22 MJ 169 (SJB)

Dear Judge Bulsara:

      I represent Roleeke Smith in the above-captioned matter.

      On February 17, 2022, Your Honor issued an Order setting the conditions of Mr. Smith's release. We respectfully ask Your Honor to modify the conditions of Mr. Smith's release to include the SOS Program.

      We thank the Court for its attention to this submission.

                                              Respectfully submitted,

                                              Steven Lynch

cc:     AUSA Michael Gibaldi (by ECF)
          AUSA Robert Polemeni (by ECF)